**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

To:        Counsel of Record

From:      Judge Peter J. Messitte

Re:        In re Visa Application Cases

Date:      September 1, 2021

********

Having held a virtual status conference on September 1, 2021, at which representatives of the USCIS, the Maryland U.S. Attorney's Office, and various Plaintiffs' counsel were in attendance, it is the 1st day of September 2021,

**ORDERED**

1.  Any stay previously put in place by the Court is **LIFTED**;

2.  The U.S. Attorney's Office is **DIRECTED** to file a universal Motion to Transfer in appropriate pending court cases within 30 days hereof;

3.  Plaintiffs' counsel may respond to said Motion within 30 days thereafter, either individually or universally;

4.  The U.S. Attorney's Office may file a Reply, if any, within 15 days thereafter.

5.  The U.S. Attorney's Office is directed to provide to the Court and to Plaintiffs' counsel, as promptly as possible, copies of:

    a.  Its list of cases in this Court filed during 2021 seeking orders that the USCIS process visa applications;

    b.  The explanatory sheet of USCIS visa programs referred to by General Counsel Tabbador and AUSA Corcoran during today's conference; and

    c.  The decision of the United States District Court for the Western District of Washington ordering certain visa applications be acted upon within a specific timeline or timelines.

1

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:     Court File

2